UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| **RICHARD LEVIN, on behalf of himself and all others similarly situated,** | |
| **Plaintiff,** | Class Action |
| v. | Case No. 3:10-CV-00692-CRS-JDM |
| **TREX COMPANY, INC.,** | |
| **Defendant.** | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

It is stipulated and agreed by and between Plaintiff, Richard Levin, and Defendant, Trex Company, Inc., that this action is hereby voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear its own fees, costs, and expenses.

| | |
|---|---|
| /s/Mark K. Gray | /s/Edward H. Stopher |
| Mark K. Gray | Edward H. Stopher |
| Matthew L. White | Charles H. Stopher |
| Doris A. Kim | BOEHL STOPHER & GRAVES, LLP |
| FRANKLIN GRAY & WHITE | AEGON Center, Suite 2300 |
| 505 W. Ormsby Avenue | 400 West Market Street |
| Louisville, Kentucky 40203 | Louisville, Kentucky 40202 |
| Telephone (502) 637-6000 | Telephone (502) 589-5980 |
| Facsimile (502) 637-1413 | Facsimile (502) 561-9400 |
| mgray@franklingrayandwhite.com | estopher@bsg-law.com |
| mwhite@franklingrayandwhite.com | cstopher@bsg-law.com |
| dkim@franklingrayandwhite.com | |
| | |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant*** |

| | |
|---|---|
| /s/Richard E. Shevitz | /s/Patrick J. Perrone |
| Richard E. Shevitz | Patrick J. Perrone |
| Vess A. Miller | K&L GATES LLP |
| COHEN & MALAD, LLP | One Newark Center, 10th Floor |
| One Indiana Square, Suite 1400 | Newark, NJ 07102 |
| Indianapolis, Indiana 46204 | Telephone (973) 848-8400 |
| Telephone (317) 636-6481 | Facsimile (973) 848-4001 |
| Facsimile (317) 636-2593 | patrick.perrone@klgates.com |
| rshevitz@cohenandmalad.com | |
| vmiller@cohenandmalad.com | |
| | |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant*** |

September 5, 2013

Dated: September 3, 2013

**Charles R. Simpson III, Senior Judge**
**United States District Court**

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Edward H. Stopher | Patrick J. Perrone |
| e-stopher@bsg-law.com | patrick.perrone@klgates.com |
| | |
| Charles H. Stopher | |
| c-stopher@bsg-law.com | |

/s/Richard E. Shevitz
**COUNSEL FOR PLAINTIFF**